1  Paul J. Roshka, Jr., #009285
2  Jennifer A. Baker, #024655
   **Roshka DeWulf & Patten, PLC**
3  One Arizona Center
   400 East Van Buren Street
4  Phoenix, Arizona 85004
5  (602) 256-6100
   roshka@rdp-law.com
6  jbaker@rdp-law.com

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ARIZONA

10

| | |
|---|---|
| Scottsdale Capital Advisors Corp., Alpine Securities Corporation, John J. Hurry and Justine Hurry,<br><br>                    Plaintiffs<br>vs.<br><br>Brian Jones,<br><br>                    Defendant | No. CV 12-00127-PHX-LOA<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT**<br><br>(Assigned to The Honorable Lawrence O. Anderson) |

16    Plaintiffs Scottsdale Capital Advisors Corp. ("Scottsdale"), Alpine Securities
17 Corporation ("Alpine"), John J. Hurry and Justine Hurry (collectively "Plaintiffs"), and
18 Brian Jones ("Defendant") have entered into a Settlement Agreement, and pursuant
19 thereto, the parties stipulate and agree that this matter may be dismissed, with prejudice,
20 in accordance with the attached Order, the parties to bear their own attorneys' fees and
21 costs.
22  . . .
23
24  . . .
25
26  . . .
27

DATED this 19th day of June, 2012.

ROSHKA DeWULF & PATTEN, PLC


By /s/Jennifer A. Baker
    Paul J. Roshka, Jr.
    Jennifer A. Baker
    One Arizona Center
    400 East Van Buren Street, Suite 800
    Phoenix, Arizona 85004
    Attorneys for Plaintiffs


By _____
    Brian Jones, Pro Se
    Staples Cross, Hockworthy
    Wellington, Somerset
    TA21 0NH United Kingdom

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered Filing Users through the Court's Electronic Filing System.

A copy mailed to:

Brian Jones, Pro Se
Staple Cross, Hockworthy
Wellington, Somerset
TA21 0NH United Kingdom


/s/ Mary Ippolito